MARGARET MURRAY v. WILLIAM G. HOERR.[1]

November 13, 1900.

Nos. 12,459—(222).

**Findings Sustained by Evidence.**

> *Held,* that the findings of fact of the court below are sustained by the evidence.

Action in the district court for Blue Earth county. The complaint alleged that, in consideration of $400 paid by plaintiff, defendant agreed to sell, assign, transfer and deliver to her certain negotiable promissory notes executed by Thomas Murray to Thomas Rooney, aggregating exclusive of interest $1,800, and that defendant had refused to perform his contract or to repay the $400; and demanded judgment for $400 and interest. The case was tried before Severance, J., who found in favor of plaintiff. From an

[1] Reported in 84 N. W. 42.

order, Cray, J., denying a motion for a new trial, defendant appealed.    Affirmed.

*W. R. Geddes*, for appellant.

*Frank Murray* and *A. J. O'Grady*, for respondent.

PER CURIAM.

This case was tried by the court without a jury, and on its findings of fact judgment was ordered for the plaintiff.    The appeal is from an order denying a new trial.

The dispute in the case was whether the plaintiff paid to the defendant $400 as part payment upon her husband's notes for an amount largely in excess of $400, as claimed by the defendant, or paid the $400 in full for the notes, which were to be delivered to her, as her property, as claimed by the plaintiff.    The evidence upon this point was conflicting, but, after a careful examination, we are obliged to say that there was an abundance to sustain the findings in plaintiff's favor.    It is true that the finding on the main fact does not exactly correspond with the allegations of the complaint, but there was no substantial departure or variance in the proofs upon which this finding was based from such allegation.

As there was evidence to sustain the findings, the order appealed from must stand affirmed, in accordance with the well-established rule in such cases.    It is so ordered.